**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF CONNECTICUT

Case number *(if known)* _____  Chapter    **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                    4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **B.L.E., Inc.** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **46-2036884** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** <br><br> **1227 High Ridge Road, Suite 335** <br> **Stamford, CT 06905** <br> Number, Street, City, State & ZIP Code <br><br> **Fairfield** <br> County | **Mailing address, if different from principal place of business** <br><br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br> **3 Mallory Hill Road Ridgefield, CT 06877** <br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

Debtor   **B.L.E., Inc.**                                              Case number (*if known*) _____
_____
Name

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   __8113__

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No.

■ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | **Bridgeport** | When | **12/05/18** | Case number | **18-51588** |
| District | **Bridgeport** | When | **8/23/18** | Case number | **18-51102** |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| Debtor | | | | Relationship | |
| District | | When | | Case number, if known | |

Debtor    **B.L.E., Inc.**
_____    Case number *(if known)* _____
Name

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    **B.L.E., Inc.**

Name

Case number (*if known*) _____

| | |
|---|---|
| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August  7, 2019**

MM / DD / YYYY

**X** **/s/ Adam H. Betts**                    **Adam H. Betts**

Signature of authorized representative of debtor        Printed name

Title    **President**

---

**18. Signature of attorney**

**X** **/s/ James M. Nugent**            Date    **August  7, 2019**

Signature of attorney for debtor                MM / DD / YYYY

**James M. Nugent**

Printed name

**Harlow, Adams & Friedman, P.C.**

Firm name

**One New Haven Avenue, Suite 100**
**Milford, CT 06460**

Number, Street, City, State & ZIP Code

Contact phone    **203-878-0661**        Email address

**ct08822 CT**

Bar number and State

**Fill in this information to identify the case:**

Debtor name    **B.L.E., Inc.**

United States Bankruptcy Court for the:   DISTRICT OF CONNECTICUT

Case number (if known)  _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 7, 2019**     X **/s/ Adam H. Betts**
                                           Signature of individual signing on behalf of debtor

                                           **Adam H. Betts**
                                           Printed name

                                           **President**
                                           Position or relationship to debtor

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name    **B.L.E., Inc.**

United States Bankruptcy Court for the:    **DISTRICT OF CONNECTICUT**

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Allied International Credit Co Attn: President/Officer 2222-2228 W. Northern Ave. Suite B202 Phoenix, AZ 85021** | | **Key Bank - Original creditor** | | | | **$6,000.00** |
| **Allstate Fire & Casualty Ins. Attn: President/Officer 55 Capital Boulevard 3rd Floor Rocky Hill, CT 06067** | | **Subrogee of Karen and Matthew Weissler, who sustained damage in motor vehicle accident with employee/agent of debtor.** | | | | **$8,813.47** |
| **Ally Financial Attn: President/Officer PO Box 380901 Minneapolis, MN 55438** | | **2016 Chevrolet Silverado Truck VIN 8448** | | | | **$60,826.06** |
| **AmTrust Workers Compensation Attn: President/Officer 59 Maiden Lane New York, NY 10038** | | | | | | **$22,000.00** |
| **C.H. Brown Co., LLC Attn: President/Officer P.O. Box 789 Wheatland, WY 82201** | | **2014 JBC 260T Tracked Skid Steer Loader** | | **$28,327.87** | **$18,000.00** | **$10,327.87** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **B.L.E., Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Canete Snow Management Attn: President/Officer 825 Black Oak Ridge Road Wayne, NJ 07470** | | | | | | **$8,915.00** |
| **Caterpillar Financial Attn: President/Officer 2120 West End Ave. P.O. Box 340001 Nashville, TN 37203** | | **2014 Cat 246D Skid Steer BYF01255** | | | | **$18,619.00** |
| **Chase Auto Finance Attn: President/Officer P.O. Box 901003 Fort Worth, TX 76101-2003** | | **2016 Black Dodge Ram 2500 (Vin .....2460)** | | | | **$45,000.00** |
| **Citizens Bank Attn: President/Officer 237 Main Street Middletown, CT 06457** | | **2016 White Dodge RAM Truck VIN 7352** | | **$35,826.30** | **$20,000.00** | **$15,826.30** |
| **First Insurance Funding Attn: President/Officer 5447 E. 5th Street, #110 Tucson, AZ 85711** | | | | | | **$13,923.69** |
| **General Motors Attn: President/Officer 801 Cherry Street Suite 3600 Fort Worth, TX 76102** | | **2013 Chevrolet 3500 Truck VIN 5489** | | | | **$33,003.50** |
| **HO Penn Attn: President/Officer 225 Richard Street Newington, CT 06111** | | | | | | **$7,785.00** |
| **JFC Real Estate Development LL Attn: President/Officer 26 Forest Street, Unit 9B Stamford, CT 06901** | | **JFC Real Estate Development, LLC v. B.L.E., Inc.** | | | | **$59,510.00** |

Official form 204　　　　Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims　　　　page 2

Debtor **B.L.E., Inc.**
_____
Name

Case number *(if known)*
_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **John Deere Financial Attn: President/Officer P.O. Box 5328 Madison, WI 53705-0328** | | **Loader JD544k** | | | | **$104,904.94** |
| **Komatsu Financial Attn: President/Officer P.O. Box 99303 Chicago, IL 60693-9303** | | **2014 Komatsu Excavator 88MR-10** | | **$58,434.24** | **$20,000.00** | **$38,434.24** |
| **Kubota Credit Corp., USA Attn: President/Officer P.O. Box 2046 Grapevine, TX 76099** | | **Wacker Loader** | | **$41,000.00** | **$20,000.00** | **$21,000.00** |
| **Mercedes-Benz Fin. Serv. USA Attn: President/Officer P.O. Box 5260 Carol Stream, IL 60197** | | **Freightliner VIN 4441** | | | | **$79,332.58** |
| **North Rock Salt Attn: President/Officer P.O. Box 170 Sparta, NJ 07871** | | | | | | **$16,709.00** |
| **Reliant Funding Attn: President/Officer 525 Broadhollow Road Suite 200 Melville, NY 11747** | | | | | | **$26,100.00** |
| **The Hatch & Bailey Company Attn: President/Officer One Meadow Street Ext. Norwalk, CT 06854** | | | | | | **$8,319.53** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name **B.L.E., Inc.**

United States Bankruptcy Court for the: DISTRICT OF CONNECTICUT

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals        12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................... $ 0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................ $ 585,767.00

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................. $ 585,767.00

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $ 414,775.35

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $ 300.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................. +$ 677,246.38

4. **Total liabilities** ..................................................................................................
   Lines 2 + 3a + 3b         $ 1,092,321.73

**Fill in this information to identify the case:**

Debtor name **B.L.E., Inc.**

United States Bankruptcy Court for the:   DISTRICT OF CONNECTICUT

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:     Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **TD Bank** | **Checking** | **0052** | $167.00 |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**
       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | $167.00 |
|---|---|

**Part 2:     Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:     Accounts receivable**

10. **Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:     Investments**

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **B.L.E., Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2016 Chevrolet Silverado White Truck**<br>**VIN 7595** | $0.00 | Liquidation | $20,000.00 |
| 47.2. **2016 White Dodge RAM Truck**<br>**VIN 7352** | $0.00 | | $20,000.00 |
| 47.3. **2015 Chevrolet Silverado 3500H**<br>**Mason Dump Truck**<br>**VIN 0078** | $0.00 | Liquidation | $20,000.00 |
| 47.4. **2015 Chevrolet Silverado 3500**<br>**VIN 1198** | $0.00 | | $20,000.00 |
| 47.5. **2015 Chevrolet Silverado 3500**<br>**VIN 5001** | $0.00 | | $15,000.00 |

**48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

**49.** **Aircraft and accessories**

**50.** **Other machinery, fixtures, and equipment (excluding farm**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                                  Best Case Bankruptcy

Debtor    **B.L.E., Inc.**                                              Case number *(If known)* _____
          Name

machinery and equipment)

| | | | |
|---|---|---|---|
| **2014 JBC 260T Tracked Skid Steer Loader** | **$0.00** | **Liquidation** | **$18,000.00** |
| **2014 Cat 246D Skid Steer BYF01190** | **$0.00** | **Liquidation** | **$18,000.00** |
| **2016 Cat Excavator CR500255** | **$0.00** | **Liquidation** | **$35,000.00** |
| **1995 544 G Loader** | **$0.00** | **Liquidation** | **$20,000.00** |
| **John Deere Loader 524KXDW** | **$0.00** | **Liquidation** | **$30,000.00** |
| **2014 Komatsu Excavator 88MR-10** | **$0.00** | **Liquidation** | **$20,000.00** |
| **John Deere 544 G Loader** | **$0.00** | **Liquidation** | **$20,000.00** |
| **Wacker Loader** | **$0.00** | **Liquidation** | **$20,000.00** |
| **Case Tractor SR240-t4** | **$0.00** | **Liquidation** | **$1,600.00** |
| **Kubota BX2370V** | **$0.00** | **Liquidation** | **$8,000.00** |

51.    **Total of Part 8.**                                                   | **$285,600.00** |
       Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ■ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

   ■ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ■ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No.  Go to Part 12.

Debtor    **B.L.E., Inc.**
     Name

Case number *(If known)*

■ Yes Fill in the information below.

| | **Current value of debtor's interest** |
|---|---|
| 71. **Notes receivable**<br>Description (include name of obligor) | |
| 72. **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. **Interests in insurance policies or annuities** | |
| 74. **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |

**Claim against JFC Development**

| Nature of claim | Unliquidated | **$150,000.00** |
|---|---|---|
| Amount requested | $0.00 | |

**Claim against Attorney Bruce Steinowitz, 10 Bank St. #650, White Plains, NY (Potential)**

| Nature of claim | Unliquidated | **$150,000.00** |
|---|---|---|
| Amount requested | $0.00 | |

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**

    Add lines 71 through 77. Copy the total to line 90.

                     **$300,000.00**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

  ■ No
  ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **B.L.E., Inc.**
_____
Name

Case number *(If known)* _____

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $167.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $285,600.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $300,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $585,767.00 | + 91b.    $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $585,767.00 |

**Fill in this information to identify the case:**

Debtor name **B.L.E., Inc.**

United States Bankruptcy Court for the: DISTRICT OF CONNECTICUT

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1  Ally Financial**
Creditor's Name

**Attn: President/Officer**
**PO Box 380901**
**Minneapolis, MN 55438**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number 2368**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2016 Chevrolet Silverado White Truck**
**VIN 7595**

Describe the lien
**Car Title**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$48,011.46** · **$20,000.00**

**2.2  C.H. Brown Co., LLC**
Creditor's Name

**Attn: President/Officer**
**P.O. Box 789**
**Wheatland, WY 82201**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number 6791**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**2014 JBC 260T Tracked Skid Steer Loader**

Describe the lien
**Car Title**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

**$28,327.87** · **$18,000.00**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor  **B.L.E., Inc.**
_____
Name

Case number (if know) _____

☑ No
☐ Yes. Specify each creditor,
including this creditor and its
relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Caterpillar Financial** | Describe debtor's property that is subject to a lien | $18,615.25 | $18,000.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: President/Officer**
**2120 West End Ave.**
**P.O. Box 340001**
**Nashville, TN 37203**
Creditor's mailing address

**2014 Cat 246D Skid Steer BYF01190**

Describe the lien
**Car Title**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**4000**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor,
including this creditor and its
relative priority.

---

| 2.4 | **Caterpillar Financial** | Describe debtor's property that is subject to a lien | $51,397.66 | $35,000.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: President/Officer**
**2120 West End Ave.**
**P.O. Box 340001**
**Nashville, TN 37203**
Creditor's mailing address

**2016 Cat Excavator CR500255**

Describe the lien
**Car Title**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**2000**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor,
including this creditor and its
relative priority.

---

| 2.5 | **Citizens Bank** | Describe debtor's property that is subject to a lien | $35,826.30 | $20,000.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: President/Officer**
**237 Main Street**
**Middletown, CT 06457**
Creditor's mailing address

**2016 White Dodge RAM Truck**
**VIN 7352**

Describe the lien
**Car Title**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor    **B.L.E., Inc.**                                           Case number *(if know)*  _____
              Name

|  |  |
|---|---|
| Creditor's email address, if known | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Date debt was incurred** | |
| **Last 4 digits of account number**<br>**4052** | |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.6 | **General Motors** | Describe debtor's property that is subject to a lien | $43,873.62 | $20,000.00 |
|---|---|---|---|---|

| | |
|---|---|
| Creditor's Name<br>**Attn: President/Officer**<br>**801 Cherry Street**<br>**Suite 3600**<br>**Fort Worth, TX 76102**<br>Creditor's mailing address | **2015 Chevrolet Silverado 3500H**<br>**Mason Dump Truck**<br>**VIN 0078**<br><br>**Describe the lien**<br>**Car Title**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| Creditor's email address, if known | |
| **Date debt was incurred** | |
| **Last 4 digits of account number**<br>**3900** | |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.7 | **John Deere Financial** | Describe debtor's property that is subject to a lien | $28,359.26 | $20,000.00 |
|---|---|---|---|---|

| | |
|---|---|
| Creditor's Name<br>**Attn: President/Officer**<br>**P.O. Box 5328**<br>**Madison, WI 53705-0328**<br>Creditor's mailing address | **1995 544 G Loader**<br><br>**Describe the lien**<br>**Car Title**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| Creditor's email address, if known | |
| **Date debt was incurred** | |
| **Last 4 digits of account number**<br>**3302** | |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 3 of 6

Debtor    **B.L.E., Inc.**                                      Case number (if known) _____
          Name

---

| 2.8 | **John Deere Financial** | Describe debtor's property that is subject to a lien | $56,821.77 | $30,000.00 |
|---|---|---|---|---|

**John Deere Financial**
Creditor's Name

**Attn: President/Officer**
**P.O. Box 5328**
**Madison, WI 53705-0328**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**John Deere Loader 524KXDW**

**Describe the lien**
**Car Title**
Is the creditor an insider or related party?

■ No
☐ Yes
Is anyone else liable on this claim?

Creditor's email address, if known

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number
**6810**

Do multiple creditors have an
interest in the same property?

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Komatsu Financial** | Describe debtor's property that is subject to a lien | $58,434.24 | $20,000.00 |
|---|---|---|---|---|

**Komatsu Financial**
Creditor's Name

**Attn: President/Officer**
**P.O. Box 99303**
**Chicago, IL 60693-9303**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2014 Komatsu Excavator 88MR-10**

**Describe the lien**
**Car Title**
Is the creditor an insider or related party?

■ No
☐ Yes
Is anyone else liable on this claim?

Creditor's email address, if known

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number
**2000**

Do multiple creditors have an
interest in the same property?

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **Kubota Credit Corp., USA** | Describe debtor's property that is subject to a lien | $41,000.00 | $20,000.00 |
|---|---|---|---|---|

**Kubota Credit Corp., USA**
Creditor's Name

**Attn: President/Officer**
**P.O. Box 2046**
**Grapevine, TX 76099**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Wacker Loader**

**Describe the lien**
**Car Title**
Is the creditor an insider or related party?

■ No
☐ Yes
Is anyone else liable on this claim?

Creditor's email address, if known

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **B.L.E., Inc.**
Name

Case number (if know)

---

Last 4 digits of account number
**2383**

Do multiple creditors have an interest in the same property?

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 1 | **PNC Equip. Finance, LLC** | Describe debtor's property that is subject to a lien | $1,796.00 | $1,600.00 |

Creditor's Name

**Attn: President/Officer**
**P.O. Box 71425**
**Chicago, IL 60694-1425**
Creditor's mailing address

**Case Tractor SR240-t4**

Describe the lien
**Car Title**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number
**1873**

Do multiple creditors have an interest in the same property?

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 2 | **PNC Equip. Finance, LLC** | Describe debtor's property that is subject to a lien | $2,311.92 | $8,000.00 |

Creditor's Name

**Attn: President/Officer**
**P.O. Box 71425**
**Chicago, IL 60694-1425**
Creditor's mailing address

**Kubota BX2370V**

Describe the lien
**Car Title**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number
**3115**

Do multiple creditors have an interest in the same property?

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$414,775.35**

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 5 of 6

Debtor    **B.L.E., Inc.**
_____
Name

Case number (_if know_) _____

assignees of claims listed above, and attorneys for secured creditors.

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name    **B.L.E., Inc.**

United States Bankruptcy Court for the:    DISTRICT OF CONNECTICUT

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ☑ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $100.00 | $100.00 |
| Date or dates debt was incurred | Basis for the claim: |  |  |
| Last 4 digits of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes |  |  |
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) |  |  |  |
| **2.2** Priority creditor's name and mailing address<br>**State of Connecticut**<br>**Department of Revenue Services**<br>**Collections Unit - Bankruptcy**<br>**450 Columbus Blvd., Ste. 1**<br>**Hartford, CT 06103-1837** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $100.00 | $100.00 |
| Date or dates debt was incurred | Basis for the claim: |  |  |
| Last 4 digits of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes |  |  |
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) |  |  |  |

| Debtor | **B.L.E., Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.00 | $100.00 |
|---|---|---|---|---|

| **Town of Ridgefield** |
| **Attn: Clerk/Assistant Clerk** |
| **400 Main Street** |
| **P.O. Box 299** |
| **Ridgefield, CT 06877** |

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**8**)

Is the claim subject to offset?
■ No
☐ Yes

---

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

**3.**  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $914.00 |
|---|---|---|---|

**ADP, LLC**
**Attn: President/Officer**
**P.O. Box 12513**
**1861 N. Resler Drive**
**El Paso, TX 79912**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **2972**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,000.00 |
|---|---|---|---|

**Allied International Credit Co**
**Attn: President/Officer**
**2222-2228 W. Northern Ave.**
**Suite B202**
**Phoenix, AZ 85021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Key Bank - Original creditor**

Last 4 digits of account number  **0276**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,813.47 |
|---|---|---|---|

**Allstate Fire & Casualty Ins.**
**Attn: President/Officer**
**55 Capital Boulevard**
**3rd Floor**
**Rocky Hill, CT 06067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/12/16**

Basis for the claim:  **Subrogee of Karen and Matthew Weissler, who sustained damage in motor vehicle accident with employee/agent of debtor.**

Last 4 digits of account number  **9292**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $48,118.73 |
|---|---|---|---|

**Ally Financial**
**Attn: President/Officer**
**PO Box 380901**
**Minneapolis, MN 55438**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **2016 Chevrolet Silverado White Truck VIN 6053**

Last 4 digits of account number  **1863**

Is the claim subject to offset? ■ No  ☐ Yes

---

Schedule E/F: Creditors Who Have Unsecured Claims
Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **B.L.E., Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$60,826.06** |
|---|---|---|---|

**Ally Financial**
**Attn: President/Officer**
**PO Box 380901**
**Minneapolis, MN 55438**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **2016 Chevrolet Silverado Truck VIN 8448**

Last 4 digits of account number **3661**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$49,112.39** |
|---|---|---|---|

**Ally Financial**
**Attn: President/Officer**
**PO Box 380901**
**Minneapolis, MN 55438**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **2016 Chevrolet Silverado Truck VIN 4358**

Last 4 digits of account number **7397**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$22,000.00** |
|---|---|---|---|

**AmTrust Workers Compensation**
**Attn: President/Officer**
**59 Maiden Lane**
**New York, NY 10038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **9262**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,700.00** |
|---|---|---|---|

**Benuck & Rainer**
**Attn: President/Officer**
**P.O. Box 548**
**Durham, NH 03824**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **0659**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,915.00** |
|---|---|---|---|

**Canete Snow Management**
**Attn: President/Officer**
**825 Black Oak Ridge Road**
**Wayne, NJ 07470**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$18,619.00** |
|---|---|---|---|

**Caterpillar Financial**
**Attn: President/Officer**
**2120 West End Ave.**
**P.O. Box 340001**
**Nashville, TN 37203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **2014 Cat 246D Skid Steer BYF01255**

Last 4 digits of account number **7000**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$45,000.00** |
|---|---|---|---|

**Chase Auto Finance**
**Attn: President/Officer**
**P.O. Box 901003**
**Fort Worth, TX 76101-2003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **2016 Black Dodge Ram 2500 (Vin .....2460)**

Last 4 digits of account number **4904**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **B.L.E., Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,834.00**

**Credit One Bank**
Attn: President/Officer
P.O. Box 98872
Las Vegas, NV 89193-8872

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **4194**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,156.11**

**Discount Snow Stakes**
Attn: President/Officer
P.O. Box 850646
Braintree, MA 02185

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,400.00**

**Eagle Leasing Co.**
Attn: President/Officer
1 Irving Eagle Place
Orange, CT 06477

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **6876**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,662.07**

**F and M Equipment, LTD.**
**d/b/a Edward Ehrbar, Inc.**
Attn: President/Officer
42 Kenosia Avenue
Danbury, CT 06810

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Contract-Collection**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,923.69**

**First Insurance Funding**
Attn: President/Officer
5447 E. 5th Street, #110
Tucson, AZ 85711

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$33,003.50**

**General Motors**
Attn: President/Officer
801 Cherry Street
Suite 3600
Fort Worth, TX 76102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  2013 Chevrolet 3500 Truck**
**VIN 5489**

Last 4 digits of account number  **8740**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,937.00**

**GPS Fleet Consulting**
Attn: President/Officer
155 Fleet Street
Portsmouth, NH 03801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **6421**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **B.L.E., Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,785.00** |
|---|---|---|---|

**HO Penn**
**Attn: President/Officer**
**225 Richard Street**
**Newington, CT 06111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **8582**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Jack S. Sherban, Esq.**
**Attn: President/Officer**
**26 Forest Street, Unit 9B**
**Stamford, CT 06901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Legal Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$59,510.00** |
|---|---|---|---|

**JFC Real Estate Development LL**
**Attn: President/Officer**
**26 Forest Street, Unit 9B**
**Stamford, CT 06901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **JFC Real Estate Development, LLC v. B.L.E., Inc.**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$104,904.94** |
|---|---|---|---|

**John Deere Financial**
**Attn: President/Officer**
**P.O. Box 5328**
**Madison, WI 53705-0328**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Loader JD544k**

Last 4 digits of account number  **1314**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14,231.01** |
|---|---|---|---|

**John Deere Financial**
**Attn: President/Officer**
**P.O. Box 5328**
**Madison, WI 53705-0328**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Eager Beaver Trailer**

Last 4 digits of account number  **1796**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,350.00** |
|---|---|---|---|

**John Deere Financial**
**Attn: President/Officer**
**P.O. Box 5328**
**Madison, WI 53705-0328**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **John Deere power Plan (Extension of Credit for John Deere Maintenance)**

Last 4 digits of account number  **0446**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,900.00** |
|---|---|---|---|

**JSD**
**Attn: President/Officer**
**1283 College Park Drive**
**Dover, DE 19904**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Blue 701, LLC - original creditor**

Last 4 digits of account number  **7948**

Is the claim subject to offset? ■ No ☐ Yes

Debtor **B.L.E., Inc.**                                    Case number *(if known)* _____
_____
Name

| | |
|---|---|
| 3.26 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**Jung Hoon Cho**
**610 Lake Avenue**
**Greenwich, CT 06830**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Cho v. B.L.E., Inc.**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.27 **Nonpriority creditor's name and mailing address**
**Mercedes-Benz Fin. Serv. USA**
**Attn: President/Officer**
**P.O. Box 5260**
**Carol Stream, IL 60197**

Date(s) debt was incurred _

Last 4 digits of account number **6001**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Freightliner**
**VIN 4441**

Is the claim subject to offset? ■ No ☐ Yes

**$79,332.58**

---

3.28 **Nonpriority creditor's name and mailing address**
**North Rock Salt**
**Attn: President/Officer**
**P.O. Box 170**
**Sparta, NJ 07871**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$16,709.00**

---

3.29 **Nonpriority creditor's name and mailing address**
**NYS Department of Labor**
**Attn: President/Officer**
**Building 12**
**W.A. Harriman Campus**
**Albany, NY 12240**

Date(s) debt was incurred _

Last 4 digits of account number **4196**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$5,000.00**

---

3.30 **Nonpriority creditor's name and mailing address**
**Paychex, Inc.**
**Attn: President/Officer**
**911 Panorama Trail S.**
**Rochester, NY 14625**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,993.10**

---

3.31 **Nonpriority creditor's name and mailing address**
**PNC Equip. Finance, LLC**
**Attn: President/Officer**
**P.O. Box 71425**
**Chicago, IL 60694-1425**

Date(s) debt was incurred _

Last 4 digits of account number **2582**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Kubota Loader R520S2T3**

Is the claim subject to offset? ■ No ☐ Yes

**$4,248.20**

---

3.32 **Nonpriority creditor's name and mailing address**
**Reliant Funding**
**Attn: President/Officer**
**525 Broadhollow Road**
**Suite 200**
**Melville, NY 11747**

Date(s) debt was incurred _

Last 4 digits of account number **0031**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$26,100.00**

---

Debtor    **B.L.E., Inc.**                                    Case number (if known) _____
          _____
          Name

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,319.53 |
|---|---|---|---|

**The Hatch & Bailey Company**
**Attn: President/Officer**
**One Meadow Street Ext.**
**Norwalk, CT 06854**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **3650**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,928.00 |
|---|---|---|---|

**Tru Green**
**Attn: President/Officer**
**70 Mill Plain Road**
**Danbury, CT 06810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **1407**

Is the claim subject to offset? ☑ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Bethune & Associates**<br>**Attn: President/Officer**<br>**14435 North 7th St., Suite 201**<br>**Phoenix, AZ 85022-4371** | Line **3.7**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Blue 701, LLC**<br>**Attn: President/Officer**<br>**701 Ford Road**<br>**Rockaway, NJ 07866** | Line **3.25**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **DeMarco & DeMarco, P.C.**<br>**Attn: President/Officer**<br>**912 Belmont Avenue N.**<br>**Haledon, NJ 07508** | Line **3.9**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Ivey, Barnum & O'Mara**<br>**Attn: President/Officer**<br>**170 Mason Street**<br>**Greenwich, CT 06830** | Line **3.26**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Keybank**<br>**Attn: President/Officer**<br>**P.O. Box 94722**<br>**Cleveland, OH 44101-4722** | Line **3.2**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Lamont, Hanley & Assoc.**<br>**Attn: President/Officer**<br>**P.O. Box 179**<br>**Manchester, NH 03105-0179** | Line **3.18**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Law Office Mark S. Gilcreast**<br>**Attn: President/Officer**<br>**2319 Whitney Ave., Suite 3-A**<br>**Hamden, CT 06518** | Line **3.3**<br>☐ Not listed. Explain ____ | _ |

---

| Debtor | B.L.E., Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.8 | **Michael J. McCabe, Esq.**<br>**McCabe, Wikstrome & Barney LLC**<br>**Attn: President/Officer**<br>**2 Broad Street**<br>**Milford, CT 06460** | Line __3.33__<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Sugarmann & Sugarmann**<br>**Attn: President/Officer**<br>**PO Box 3996**<br>**Woodbridge, CT 06525-3996** | Line __3.15__<br><br>☐ Not listed. Explain ____ | _ |
| 4.10 | **Wofsey, Rosen, Kweskin&Kurian**<br>**Attn: President/Officer**<br>**600 Summer Street**<br>**Stamford, CT 06901** | Line __3.21__<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:**     Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 300.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 677,246.38 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 677,546.38 |

**Fill in this information to identify the case:**

Debtor name    **B.L.E., Inc.**

United States Bankruptcy Court for the:    DISTRICT OF CONNECTICUT

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**

   ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1    State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.2    State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.3    State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.4    State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Connecticut

In re **B.L.E., Inc.**                                                                    Case No. _____

                                                    Debtor(s)                    Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | | |
    |---|---|---|
    | For legal services, I have agreed to accept | $ | 8,283.00 |
    | Prior to the filing of this statement I have received | $ | 0.00 |
    | Balance Due | $ | 8,283.00 |

2.  $ **1,717.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ☒ Debtor        ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ☒ Debtor        ☐ Other (specify):

5.  ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
    copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
        reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC
        522(f)(2)(A) for avoidance of liens on household goods.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**August  7, 2019**                                        **/s/ James M. Nugent**
*Date*                                                    **James M. Nugent**
                                                        *Signature of Attorney*
                                                        **Harlow, Adams & Friedman, P.C.**
                                                        **One New Haven Avenue, Suite 100**
                                                        **Milford, CT 06460**
                                                        **203-878-0661  Fax: 203-878-9568**
                                                        *Name of law firm*

---

# United States Bankruptcy Court
### District of Connecticut

In re  **B.L.E., Inc.** _____  Case No. _____

Debtor(s)  Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **-NONE-** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **August  7, 2019** _____  Signature  **/s/ Adam H. Betts** _____

**Adam H. Betts**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Connecticut

In re __B.L.E., Inc._____

Debtor(s)

Case No. _____

Chapter __11_____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  __August  7, 2019_____

__/s/ Adam H. Betts_____

__Adam H. Betts__/__President__
Signer/Title

ADP, LLC
Attn: President/Officer
P.O. Box 12513
1861 N. Resler Drive
El Paso, TX 79912


Allied International Credit Co
Attn: President/Officer
2222-2228 W. Northern Ave.
Suite B202
Phoenix, AZ 85021


Allstate Fire & Casualty Ins.
Attn: President/Officer
55 Capital Boulevard
3rd Floor
Rocky Hill, CT 06067


Ally Financial
Attn: President/Officer
PO Box 380901
Minneapolis, MN 55438


AmTrust Workers Compensation
Attn: President/Officer
59 Maiden Lane
New York, NY 10038


Benuck & Rainer
Attn: President/Officer
P.O. Box 548
Durham, NH 03824


Bethune & Associates
Attn: President/Officer
14435 North 7th St., Suite 201
Phoenix, AZ 85022-4371


Blue 701, LLC
Attn: President/Officer
701 Ford Road
Rockaway, NJ 07866


C.H. Brown Co., LLC
Attn: President/Officer
P.O. Box 789
Wheatland, WY 82201

Canete Snow Management
Attn: President/Officer
825 Black Oak Ridge Road
Wayne, NJ 07470


Caterpillar Financial
Attn: President/Officer
2120 West End Ave.
P.O. Box 340001
Nashville, TN 37203


Chase Auto Finance
Attn: President/Officer
P.O. Box 901003
Fort Worth, TX 76101-2003


Citizens Bank
Attn: President/Officer
237 Main Street
Middletown, CT 06457


Credit One Bank
Attn: President/Officer
P.O. Box 98872
Las Vegas, NV 89193-8872


DeMarco & DeMarco, P.C.
Attn: President/Officer
912 Belmont Avenue N.
Haledon, NJ 07508


Discount Snow Stakes
Attn: President/Officer
P.O. Box 850646
Braintree, MA 02185


Eagle Leasing Co.
Attn: President/Officer
1 Irving Eagle Place
Orange, CT 06477


F and M Equipment, LTD.
d/b/a Edward Ehrbar, Inc.
Attn: President/Officer
42 Kenosia Avenue
Danbury, CT 06810

First Insurance Funding
Attn: President/Officer
5447 E. 5th Street, #110
Tucson, AZ 85711


General Motors
Attn: President/Officer
801 Cherry Street
Suite 3600
Fort Worth, TX 76102


GPS Fleet Consulting
Attn: President/Officer
155 Fleet Street
Portsmouth, NH 03801


HO Penn
Attn: President/Officer
225 Richard Street
Newington, CT 06111


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Ivey, Barnum & O'Mara
Attn: President/Officer
170 Mason Street
Greenwich, CT 06830


Jack S. Sherban, Esq.
Attn: President/Officer
26 Forest Street, Unit 9B
Stamford, CT 06901


JFC Real Estate Development LL
Attn: President/Officer
26 Forest Street, Unit 9B
Stamford, CT 06901


John Deere Financial
Attn: President/Officer
P.O. Box 5328
Madison, WI 53705-0328

```
JSD
Attn: President/Officer
1283 College Park Drive
Dover, DE 19904


Jung Hoon Cho
610 Lake Avenue
Greenwich, CT 06830


Keybank
Attn: President/Officer
P.O. Box 94722
Cleveland, OH 44101-4722


Komatsu Financial
Attn: President/Officer
P.O. Box 99303
Chicago, IL 60693-9303


Kubota Credit Corp., USA
Attn: President/Officer
P.O. Box 2046
Grapevine, TX 76099


Lamont, Hanley & Assoc.
Attn: President/Officer
P.O. Box 179
Manchester, NH 03105-0179


Law Office Mark S. Gilcreast
Attn: President/Officer
2319 Whitney Ave., Suite 3-A
Hamden, CT 06518


Mercedes-Benz Fin. Serv. USA
Attn: President/Officer
P.O. Box 5260
Carol Stream, IL 60197


Michael J. McCabe, Esq.
McCabe, Wikstrome & Barney LLC
Attn: President/Officer
2 Broad Street
Milford, CT 06460
```

North Rock Salt
Attn: President/Officer
P.O. Box 170
Sparta, NJ 07871


NYS Department of Labor
Attn: President/Officer
Building 12
W.A. Harriman Campus
Albany, NY 12240


Paychex, Inc.
Attn: President/Officer
911 Panorama Trail S.
Rochester, NY 14625


PNC Equip. Finance, LLC
Attn: President/Officer
P.O. Box 71425
Chicago, IL 60694-1425


Reliant Funding
Attn: President/Officer
525 Broadhollow Road
Suite 200
Melville, NY 11747


State of Connecticut
Department of Revenue Services
Collections Unit - Bankruptcy
450 Columbus Blvd., Ste. 1
Hartford, CT 06103-1837


Sugarmann & Sugarmann
Attn: President/Officer
PO Box 3996
Woodbridge, CT 06525-3996


The Hatch & Bailey Company
Attn: President/Officer
One Meadow Street Ext.
Norwalk, CT 06854

```
Town of Ridgefield
Attn: Clerk/Assistant Clerk
400 Main Street
P.O. Box 299
Ridgefield, CT 06877


Tru Green
Attn: President/Officer
70 Mill Plain Road
Danbury, CT 06810


Wofsey, Rosen, Kweskin&Kurian
Attn: President/Officer
600 Summer Street
Stamford, CT 06901
```

# United States Bankruptcy Court
## District of Connecticut

In re __B.L.E., Inc.__                              Case No. _____
                                    Debtor(s)                Chapter    __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __B.L.E., Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__August  7, 2019__
Date

/s/ James M. Nugent
**James M. Nugent**
Signature of Attorney or Litigant
Counsel for   **B.L.E., Inc.**
**Harlow, Adams & Friedman, P.C.**
**One New Haven Avenue, Suite 100**
**Milford, CT 06460**
**203-878-0661 Fax:203-878-9568**