# United States Bankruptcy Court
## District of Connecticut

In re __B.L.E., Inc.__                                                                    Case No. __19-51059__

                                  Debtor(s)                                                Chapter __11__

# AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:
**Amended Schedule D (to add Creditor Wells Fargo Auto)**

### CERTIFICATION

### NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows:**U. S. Trustee ,**
**USTPRegion02.NH.ECF@USDOJ.GOV**
**Wells Fargo Auto, Attn: President/Officer, P.O. Box 17900, Denver, CO 80217**


Date: __October 1, 2019__                    **/s/ James M. Nugent**
                                              **James M. Nugent**
                                              Attorney for Debtor(s)
                                              **Harlow, Adams & Friedman, P.C.**
                                              **One New Haven Avenue, Suite 100**
                                              **Milford, CT 06460**
                                              **203-878-0661 Fax:203-878-9568**

# United States Bankruptcy Court
## District of Connecticut

In re   B.L.E., Inc.                                                                                          Case No.   **19-51059**
                                                                                   Debtor(s)              Chapter    **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing Schedule D, consisting of **10** page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date  **October 1, 2019**                  Signature   **/s/ Adam H. Betts**
                                                                                                 **Adam H. Betts**
                                                                                                 **President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                                                       18 U.S.C. §§   152 and 3571.

**Fill in this information to identify the case:**

Debtor name: B.L.E., Inc.

United States Bankruptcy Court for the: DISTRICT OF CONNECTICUT

Case number (if known): 19-51059

☒ Check if this is an amended filing

## Official Form 206D
### Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☒ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1  Ally Financial**
Creditor's Name
Attn: President/Officer
PO Box 380901
Minneapolis, MN 55438
Creditor's mailing address

Describe debtor's property that is subject to a lien
2016 Chevrolet Silverado White Truck
VIN 7595

$48,011.46     $20,000.00

Describe the lien
Car Title
Is the creditor an insider or related party?
☒ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number 2368

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.2  Ally Financial**
Creditor's Name
Attn: President/Officer
PO Box 380901
Minneapolis, MN 55438
Creditor's mailing address

Describe debtor's property that is subject to a lien
2015 Buick Encore

$12,936.06     $7,000.00

Describe the lien
Car Title
Is the creditor an insider or related party?
☒ No
☐ Yes
Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number 8970

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

---

Official Form 206D     Schedule D: Creditors     By: B.L.E. /s/ Adam Betts, President    10/1/19    page 1 of 10
Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                           Best Case Bankruptcy

Debtor  **B.L.E., Inc.**　　　　　　　　　　　　　　　　　　　Case number (if know)　**19-51059**
　　　　　Name

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.3 | **Ally Financial** | Describe debtor's property that is subject to a lien | $43,110.26 | $20,000.00 |

Creditor's Name
**Attn: President/Officer**
**PO Box 380901**
**Minneapolis, MN 55438**
Creditor's mailing address

2015 Chevrolet Silverado 3500
VIN 1198 (0077)

Describe the lien
**Car Title**
Is the creditor an insider or related party?
- ■ No
- ☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number
**3986**

Do multiple creditors have an interest in the same property?
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.4 | **C.H. Brown Co., LLC** | Describe debtor's property that is subject to a lien | $28,327.87 | $18,000.00 |

Creditor's Name
**Attn: President/Officer**
**P.O. Box 789**
**Wheatland, WY 82201**
Creditor's mailing address

2014 JBC 260T Tracked Skid Steer Loader

Describe the lien
**Car Title**
Is the creditor an insider or related party?
- ■ No
- ☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
- ☐ No
- ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number
**6791**

Do multiple creditors have an interest in the same property?
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.5 | **Caterpillar Financial** | Describe debtor's property that is subject to a lien | $18,615.25 | $18,000.00 |

Creditor's Name
**Attn: President/Officer**
**2120 West End Ave.**
**P.O. Box 340001**
**Nashville, TN 37203**
Creditor's mailing address

2014 Cat 246D Skid Steer BYF01190

Describe the lien
**Car Title**

---

Debtor **B.L.E., Inc.**          Case number (if know) **19-51059**
    Name

| | | |
|---|---|---|
| Creditor's email address, if known | Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim? | |
| Date debt was incurred | ☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |
| Last 4 digits of account number **4000** | | |
| Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

| 2.6 | **Caterpillar Financial** | Describe debtor's property that is subject to a lien | $51,397.66 | $35,000.00 |
|---|---|---|---|---|
| | Creditor's Name<br>**Attn: President/Officer**<br>**2120 West End Ave.**<br>**P.O. Box 340001**<br>**Nashville, TN 37203**<br>Creditor's mailing address | **2016 Cat Excavator CR500255**<br><br>Describe the lien<br>**Car Title**<br>Is the creditor an insider or related party?<br>■ No | | |
| | Creditor's email address, if known | ☐ Yes<br>Is anyone else liable on this claim? | | |
| | Date debt was incurred | ☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | Last 4 digits of account number **2000** | | | |
| | Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| 2.7 | **Citizens Bank** | Describe debtor's property that is subject to a lien | $35,826.30 | $20,000.00 |
|---|---|---|---|---|
| | Creditor's Name<br>**Attn: President/Officer**<br>**225 Main Street**<br>**Middletown, CT 06457**<br>Creditor's mailing address | **2016 White Dodge RAM Truck**<br>**VIN 7352**<br><br>Describe the lien<br>**Car Title**<br>Is the creditor an insider or related party?<br>■ No | | |
| | Creditor's email address, if known | ☐ Yes<br>Is anyone else liable on this claim? | | |
| | Date debt was incurred | ☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | Last 4 digits of account number **4052** | | | |
| | Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Debtor  **B.L.E., Inc.**                                     Case number (if know)  **19-51059**
        Name

| 2.8 | General Motors | Describe debtor's property that is subject to a lien | $43,873.62 | $20,000.00 |
|---|---|---|---|---|

Creditor's Name
**Attn: President/Officer**
**801 Cherry Street**
**Suite 3600**
**Fort Worth, TX 76102**
Creditor's mailing address

**2015 Chevrolet Silverado 3500H**
**Mason Dump Truck**
**VIN 0078**

Describe the lien
**Car Title**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number
**3900**

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.9 | John Deere Financial | Describe debtor's property that is subject to a lien | $28,359.26 | $20,000.00 |
|---|---|---|---|---|

Creditor's Name
**Attn: President/Officer**
**P.O. Box 5328**
**Madison, WI 53705-0328**
Creditor's mailing address

**1995 544 G Loader**

Describe the lien
**Car Title**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number
**3302**

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.10 | John Deere Financial | Describe debtor's property that is subject to a lien | $56,821.77 | $30,000.00 |
|---|---|---|---|---|

Creditor's Name
**Attn: President/Officer**
**P.O. Box 5328**
**Madison, WI 53705-0328**
Creditor's mailing address

**John Deere Loader 524KXDW**

Describe the lien
**Car Title**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
☐ No

Creditor's email address, if known

Date debt was incurred

| Debtor | B.L.E., Inc. | Case number (if know) | 19-51059 |
|---|---|---|---|
| | Name | | |

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
6810

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1.1 | John Deere Financial | Describe debtor's property that is subject to a lien | $17,884.94 | $20,000.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: President/Officer**
**P.O. Box 5328**
**Madison, WI 53705-0328**
Creditor's mailing address

John Deere 544 G Loader (Claim Amount includes: Holland 180 Skid Steer Loader s/n LMU011210 & Protect SP12 Snow Plow s/n 45913)

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

**Date debt was incurred**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1.2 | John Deere Financial | Describe debtor's property that is subject to a lien | $115,718.22 | Unknown |
|---|---|---|---|---|

Creditor's Name

**Attn: President/Officer**
**P.O. Box 5328**
**Madison, WI 53705-0328**
Creditor's mailing address

Protech IS16 Snow Plow s/n 49117 (Claim Amount includes: Protech IS16 Snow Plow s/n 49192, Protech SP12 Front Blade s/n 44400 & 1998 G. Loader)

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

**Date debt was incurred**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1.3 | John Deere Financial | Describe debtor's property that is subject to a lien | $0.00 | Unknown |
|---|---|---|---|---|

Official Form 206D   Additional Page of Schedule D: Creditors Who Have Claims Secured by Property   page 5 of 10

Debtor    **B.L.E., Inc.**                                                                                   Case number (if know)    **19-51059**
             Name

| | | | |
|---|---|---|---|
| Creditor's Name<br>**Attn: President/Officer**<br>**P.O. Box 5328**<br>**Madison, WI 53705-0328**<br>Creditor's mailing address | **Protech IS16 Snow Plow s/n 49192**<br><br>Describe the lien | | |
| | Is the creditor an insider or related party?<br>■ No<br>☐ Yes | | |
| Creditor's email address, if known | Is anyone else liable on this claim?<br>■ No | | |
| Date debt was incurred<br><br>Last 4 digits of account number | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| 2.14 | **John Deere Financial** | Describe debtor's property that is subject to a lien | $0.00 | Unknown |
|---|---|---|---|---|
| | Creditor's Name<br>**Attn: President/Officer**<br>**P.O. Box 5328**<br>**Madison, WI 53705-0328**<br>Creditor's mailing address | **Protech SP12 Front Blade s/n 44400**<br><br>Describe the lien | | |
| | | Is the creditor an insider or related party?<br>■ No<br>☐ Yes | | |
| | Creditor's email address, if known | Is anyone else liable on this claim?<br>■ No | | |
| | Date debt was incurred<br><br>Last 4 digits of account number | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| 2.15 | **John Deere Financial** | Describe debtor's property that is subject to a lien | $0.00 | Unknown |
|---|---|---|---|---|
| | Creditor's Name<br>**Attn: President/Officer**<br>**P.O. Box 5328**<br>**Madison, WI 53705-0328**<br>Creditor's mailing address | **Holland 180 Skid Steer Loader s/n LMU011210**<br><br>Describe the lien | | |
| | | Is the creditor an insider or related party?<br>■ No<br>☐ Yes | | |
| | Creditor's email address, if known | Is anyone else liable on this claim?<br>■ No | | |
| | Date debt was incurred<br><br>Last 4 digits of account number | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |

Debtor   **B.L.E., Inc.**                                    Case number (if known)   **19-51059**
         Name

| | | |
|---|---|---|
| Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

---

**2.16**  **John Deere Financial**
Creditor's Name
**Attn: President/Officer**
**P.O. Box 5328**
**Madison, WI 53705-0328**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Protect SP12 Snow Plow s/n 45913**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$0.00   Unknown

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.17**  **John Deere Financial**
Creditor's Name
**Attn: President/Officer**
**P.O. Box 5328**
**Madison, WI 53705-0328**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**1998 G Loader**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$0.00   Unknown

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.18**  **Komatsu Financial**
Creditor's Name
**Attn: President/Officer**
**P.O. Box 99303**
**Chicago, IL 60693-9303**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**2014 Komatsu Excavator 88MR-10**

Describe the lien

$58,434.24   $20,000.00

---

Official Form 206D   Additional Page of Schedule D: Creditors Who Have Claims Secured by Property   page 7 of 10

| Debtor | B.L.E., Inc. | Case number (if know) | 19-51059 |
|---|---|---|---|
| | Name | | |

Car Title
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?

Creditor's email address, if known

Date debt was incurred
☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number
**2000**

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.19**  **Kubota Credit Corp., USA**
Creditor's Name
Attn: President/Officer
P.O. Box 2046
Grapevine, TX 76099
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Wacker Loader**

$41,000.00    $20,000.00

Describe the lien
**Car Title**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?

Creditor's email address, if known

Date debt was incurred
☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number
**2383**

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.20**  **PNC Equip. Finance, LLC**
Creditor's Name
Attn: President/Officer
P.O. Box 71425
Chicago, IL 60694-1425
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Case Tractor SR240-t4**

$1,796.00    $1,600.00

Describe the lien
**Car Title**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?

Creditor's email address, if known

Date debt was incurred
☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number
**1873**

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

---

Debtor   **B.L.E., Inc.**    Case number (if know)   **19-51059**
        Name

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2.1 | PNC Equip. Finance, LLC | Describe debtor's property that is subject to a lien | $2,311.92 | $8,000.00 |

Creditor's Name: PNC Equip. Finance, LLC
Attn: President/Officer
P.O. Box 71425
Chicago, IL 60694-1425
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Kubota BX2370V**

Describe the lien
**Car Title**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number
**3115**

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2.2 | Wells Fargo Auto | Describe debtor's property that is subject to a lien | $29,283.51 | $15,000.00 |

Creditor's Name: Wells Fargo Auto
Attn: President/Officer
PO Box 17900
Denver, CO 80217
Creditor's mailing address

Describe debtor's property that is subject to a lien
**2015 Chevrolet Silverado 3500**
**VIN 5001**

Describe the lien
**Car Title**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number
**5570**

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   **$633,708.34**

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Debtor | B.L.E., Inc. | Case number (if know) | 19-51059 |
|---|---|---|---|
| | Name | | |

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|