**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION**

| | |
|---|---|
| In Re:<br><br>B.L.E., Inc.,<br><br>　　　　Debtor | CHAPTER 11<br><br>CASE NO. 19-51059<br><br>Re:  ECF No. |

**MOTION TO REDACT AND/OR EXPUNGE**

TO THE HONORABLE JULIE MANNING, CHIEF UNITED STATES BANKRUPTCY JUDGE:

John Deere Construction & Forestry Company, a secured creditor herein ("Deere"), by and through its attorneys, Reid and Riege, P.C., hereby moves this Court, pursuant to Bankruptcy Code section 107, and Federal Rule of Bankruptcy Procedure 9037, to redact and/or expunge proof of claim number 16 filed by Deere (the "Motion") and, in support thereof, respectfully represents as follows.

1. On August 7, 2019 (the "Filing Date"), B.L.E., Inc., the debtor herein (the "Debtor"), filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Connecticut, Bridgeport Division.  The Debtor currently operates its business and manages its properties as a debtor-in-possession under Bankruptcy Code sections 1107 and 1108.

2. On or about August 29, 2019, Deere filed a Motion for Relief from the Automatic Stay (the "Stay Motion") based upon at least four (4) agreements which the Debtor, along with a principal of the Debtor, entered into, prior to the Filing Date, with Deere to acquire various pieces of equipment.  On or about October 22, 2019, this Court, with respect to the Stay Motion,

-1-

entered a certain Stipulated Order Regarding Adequate Protection, Relief from the Automatic Stay and Other Relief.

3. The deadline for filing proofs of claim in the Debtor's case is December 9, 2019 (the "Bar Date").

4. Prior to the Bar Date, Deere filed, *inter alia*, a proof of claim, which was designated as claim number 16 ("Claim 16"). Shortly after filing such claim, Deere recognized that, in a document supporting Claim 16, it inadvertently included the entirety of a tax identification number and a social security number (collectively, the "Numbers"). Deere promptly filed a withdrawal of Claim 16, hoping that such withdrawal would have the effect of removing any public access to Claim 16. That, however, did not occur.

5. Accordingly, by this Motion, Deere seeks an order of this Court redacting the Numbers in the withdrawn Claim 16, or expunging Claim 16 altogether.

6. Bankruptcy Code section 107(a) is the relevant section regarding public access to papers filed in a case. Bankruptcy Code section 107(c)(1) provides, however, as follows:

> The Bankruptcy court, for cause, may protect an individual, with respect to the following types of information to the extent the court finds that disclosure of such information would create undue risk of identity theft or other unlawful injury to the individual or the individual's property:
>
> (A)   Any means of identification . . . contained in a paper filed, or to be filed, in a case under this title.
> (B)   Other information contained in a paper described in subparagraph (A).

7. Federal Rule of Bankruptcy Procedure 9037(a) provides:

> **Redacted Filings**. Unless the court orders otherwise, in an electronic or paper filing made with the court that contains an individual's social-security number, taxpayer-identification number, or birth date, the name of an individual, other than the debtor, known to be an identified as a minor, or a financial-account number, a party or nonparty making the filing may include only:
> (1)   the last four digits of the social-security number and taxpayer-identification number;
> (2)   the year of the individual's birth;

(3)   the minor's initials; and
(4)   the last four digits of the financial-account number.

8.   Deere submits that just cause exists to either redact the Numbers from Claim 16 or to expunge Claim 16 altogether. Claim 16, though withdrawn, continues to be accessible to the public on the docket, and it inadvertently contains information proscribed by Bankruptcy Rule 9037(a). For the protection of those involved, the Numbers need to be removed.

WHEREFORE, Deere respectfully requests this Court to enter an order granting the Motion, redacting either the Numbers in Claim 16 or expunging Claim 16 in its entirety, and granting Deere such other and further relief as is just and equitable.

Dated at Hartford, Connecticut this 6th day of December, 2019.

JOHN DEERE CONSTRUCTION &
FORESTRY COMPANY

By   /s/ Jon P. Newton
    Jon P. Newton, Esq.
    Federal Bar No. ct03376
    Reid and Riege, P.C.
    Its Attorneys
    One Financial Plaza, 21st Floor
    Hartford, CT 06103
    (860) 278-1150
    jnewton@rrlawpc.com
